UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Cause No. 1:05-cr-0088 (TWP/KPF) |
| ANTHONY VAUGHN, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Anthony Vaughn's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of confinement of 18 months in the custody of the Attorney General or his designee. Upon Mr. Vaughn's release from confinement, he will be subject to two years of supervised release under the conditions of supervision previously imposed by the Court at the time of sentencing.

**IT IS SO ORDERED** this day:   12/23/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Brad Blackington,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William Marsh,
Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service